# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:07-CV-524-GCM

| | |
|---|---|
| WESTERN SURETY COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) **ORDER** |
| SKANSKA USA BUILDING, INC., | ) |
| Defendant. | ) |
| | ) |

**THIS MATTER** is before the court on its own motion. The trial in this matter is hereby re-scheduled for **March 2, 2009, at 10:00 a.m..**

**SO ORDERED**.

Signed: December 2, 2008

Graham C. Mullen
United States District Judge