# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### 3:07-CV-524-GCM

| | | |
|---|---|---|
| WESTERN SURETY COMPANY, | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **ORDER** |
| SKANSKA USA BUILDING, INC., | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the court on its own motion.  The trial in this matter is hereby re-scheduled for **May 4, 2009, at 10:00 a.m.**.

**SO ORDERED**.

Signed: January 14, 2009

Graham C. Mullen
United States District Judge