# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Western Surety Company,

        Plaintiff(s),                       JUDGMENT IN A CIVIL CASE

vs.                                          3:07cv524

Skanska USA Building, Inc.,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by hearing held on May 20, 2009 on cross Motions for Summary Judgment and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is entered for the Plaintiff in the amount of $342,293.25.

                                               Signed: May 20, 2009

                                               Graham C. Mullen
                                               United States District Judge